# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

## JUDGMENT IN A CIVIL CASE

**MARCUS D. ROBERSON,**

          **Petitioner,**

                                  **CASE NO. 11-40078-02JAR**

**v.**                                      **CIVIL NO. 17-4065-JAR**

**UNITED STATES OF AMERICA,**

          **Respondent.**

**( )  JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**( x )  DECISION BY THE COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order filed and entered on August 27, 2018 (Doc. 849), Petitioner Marcus Roberson's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. 817) is hereby DENIED without evidentiary hearing; Roberson is DENIED a certificate of appealability.

    **IT IS SO ORDERED**

    Dated:    August 27, 2018

                                          **TIMOTHY M. O'BRIEN, CLERK**

                                          _s/Bonnie Wiest_
                                          **Deputy Clerk**